IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

BHATIVINODE FRANKLIN,

    Appellant,

v.

STATE OF FLORIDA,

    Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D17-1543

Opinion filed July 12, 2017.

An appeal from the Circuit Court for Alachua County.
Mark W. Moseley, Judge.

Bhativinode Franklin, pro se, Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.

PER CURIAM.

    AFFIRMED.

LEWIS, WETHERELL, and WINSOR, JJ., CONCUR.